UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

  Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

June 22, 2018

          By:  */s/ Kanishka Agarwala*
              Kanishka Agarwala, Esquire

              Anderson Kill P.C.
              1251 Avenue of the Americas
              New York, NY 10020-1182
              Telephone: 212-278-1000
              Email: kagarwala@andresonkill.com

              Attorneys for Plaintiffs