UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)

**ENTRY OF APPEARANCE**

To The Clerk of the District Court:

Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

June 22, 2018

By: */s/ Nicholas R. Maxwell*
Nicholas R. Maxwell, Esquire

Anderson Kill P.C.
1760 Market Street
Suite 600
Philadelphia, PA 19103
Telephone: 267-216-2711
Email: nmaxwell@andersonkill.com

*Attorneys for Plaintiffs*

docs-100019320.1