UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2018
```

Roberta Agyeman et al

                                    Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 18cv05320 (gbd)

-v-

The Islamic Republic of Iran

                                    Defendant(s)

I hereby certify under the penalties of perjury that on 29 day of June, 20 18, I served: Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Tehran, Iran ATTN: Mohammad Javad Zarif

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the See Attached Rider

by DHL Waybill 34 4712 2022, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
       7/2/18

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Shanee Mcleod
DEPUTY CLERK OF COURT

# Attached Rider

Summons
Complaint Deemed filed on June 15, 2018
First Notice of Amendment
Second Notice of Amendment
Third Notice of Amendment
Fourth Notice of Amendment
Notice of Suit
Affidavit of Translator(along with translations of the above documents)
Civil Cover Sheet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court
June 29, 2018

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Tehran, Iran
ATTN: Mohammad Javad Zarif

Re:   Roberta *Agyeman et al v. Islamic Republic of Iran,*
      18 CV 05320 (GBD)(SN)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons
Complaint Deemed filed on June 15, 2018
First Notice of Amendment
Second Notice of Amendment
Third Notice of Amendment
Fourth Notice of Amendment Notice of Suit
Notice of Suit
Affidavit of Translator(along with translations of the above documents)
Civil Cover Sheet

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

