UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Roberta Agyeman, et al,

                              Plaintiff(s)

v.

Islamic Republic of Iran

                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  18cv5320 (GBD)(SN)

I hereby certify under the penalties of perjury that on the  19  day of  July , 20 18 , I

served:  Islamic Replubic of Iran, c/o Permanent Mission of Iran to the United Nations,

            622 Third Avenue, New York, New York 10007

☐       the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐       the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒       the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐       the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

     Two     copy(ies) of the  Summons, Complaint filed on June 15 2018, First Notice of
Amendment filed on June 26, 2018, Second Notice of Amendment filed on June 26, 2018, Third Notice
of Amendment filed on June 26, 2018, Fourth Notice of Amendment filed June 26, 2018, Notice of Suit,
Affidavit of Translator, Civil Cover Sheet

by     FedEx 8120 7785 8600                                                  .

Dated:  New York, New York
          July 19 2018

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              Jashira Carlo

                              JASHIRA CARLO
                              DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

July 18, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

        Re:    Roberta Agyeman et al. v. Islamic Republic of Iran
               18 cv. 05320 (GBD)(SN)

Dear Sir:

      Enclosed please find a copy of a letter received from the Law Firm of Anderson Kill
P.C., along with two sets of: the Summons, Complaint filed on June 15, 2018, First Notice of
Amendment filed on June 26, 2018, Second Notice of Amendment filed on June 26, 2018, Third
Notice of Amendment filed on June 26, 2018, Fourth Notice of Amendment filed June 26, 2018,
Notice of Suit, Affidavit of Translator, Civil Cover Sheet. Also enclosed is a money order in the
amount of $2,275.00. Please transmit the documents pursuant to the Foreign Sovereign
Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

Islamic Republic of Iran
c/o Permanent Mission of Iran to the United Nations
622 Third Avenue
New York, New York 10007

      Upon completion, please send me a certified copy of the diplomatic note of transmittal.

      Thank you for your assistance.   If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

**FedEx Express**

**Package US Airbill**

Sender's FedEx Account Number

FedEx Tracking Number **8120 7785 8600**

**1 From** *Please print and press hard.*

Date 7/19/18   Sender's FedEx Account Number 0202-5404-9

Sender's Name RUBY J. KRAJICK   Phone

Company CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK

Address 500 PEARL STREET

City NEW YORK   State NY   ZIP 10007

**2 Your Internal Billing Reference** 10114-NYSP002

**3 To**

Recipient's Name Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)

Company U.S. DEPARTMENT OF STATE

Address SA-29, 4th FLOOR   Dept/Floor/Suite/Room

Address 2201 C STREET NW

City WASHINGTON   State DC   ZIP 20520

**4 Express Package Service**

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☒ FedEx Standard Overnight
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**

☐ FedEx Envelope
☐ FedEx Pak
☒ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling and Delivery Signature Options**

☒ No Signature Required
☐ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods?
☒ No

**7 Payment**   Bill to:

☒ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages   Total Weight   Total Declared Value

Form ID No. **0200**

644

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

| 0067885 | 11-24 |
| --- | --- |
| Office AU # | 1210(8) |

SERIAL #: 6788606527

ACCOUNT#: 4861-513596

## CASHIER'S CHECK

Remitter: ANDERSON KILL PC
Purchaser: ANDERSON KILL PC
Purchaser Account: 2000037634722
Operator I.D.: u475914
Funding Source: Paper Items(s)

July 17, 2018

PAY TO THE ORDER OF    ***U.S. EMBASSY BERN***

***Two thousand two hundred seventy-five dollars and no cents***

**$2,275.00**

Payee Address:
Memo:

VOID IF OVER US $   2,275.00

**WELLS FARGO BANK, N.A.**
1150 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FOR INQUIRIES CALL (480) 394-3122

NON-NEGOTIABLE

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

## Purchaser Copy

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

6788606527

## CASHIER'S CHECK

July 17, 2018

PAY TO THE ORDER OF    ***U.S. EMBASSY BERN***

**$2,275.00**

FB004   M403 70398286

| 0067885 | 11-24 |
| --- | --- |
| Office AU # | 1210(8) |

Remitter: ANDERSON KILL PC
Operator I.D.: u475914

***Two thousand two hundred seventy-five dollars and no cents***

res included.   □ Details on Back.