# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF and Hand Delivery*                                          October 1, 2018

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

        Re:    *In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)*
*The Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.* - 04-CV-1076 (GBD) (SN)
*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al.* - 04-CV-01923 (GBD) (SN)
*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* - 04-CV-01922 (GBD) (SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, 18-CV-07306 (GBD) (SN)

Dear Judge Netburn:

        I respectfully submit this application requesting leave of Court to withdraw Alexander Litt, Esq. from this matter as counsel in the above-referenced MDL matter and the specific cases set forth above, and that his name be removed from the counsel list. He is no longer affiliated with the law firm, Anderson Kill.

        I, and the other Anderson Kill attorneys who have entered appearances, remain as counsel.

**Anderson Kill, P.C.**

The Honorable Sarah Netburn
October 1, 2018
Page 2

    Accordingly, I respectfully request to withdraw Mr. Litt as counsel in these actions and that the official court docket and CM/ECF distribution be amended to reflect this change removing alitt@andersonkill.com from electronic notification in this matter.

    We thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Jerry S. Goldman*

                Jerry S. Goldman

cc: All MDL Counsel of Record (via ECF)