UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2018
```

------------------------------------------------------------X
                                 :

EMILIANO MARCELINO JUAREZ, et al.,   :

                     Plaintiffs,   :

                                 :         18 Civ. 5340 (LGS)

       -against-              :

                                 :            ORDER

J & V DONUTS CORP.,  et al.,        :

                Defendants. :

                                 :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated August 9, 2018, required the parties to file a status letter on

October 8, 2018, as outlined in Individual Rule IV.A.2;

      WHEREAS, the parties failed to submit the letter.  It is hereby

      **ORDERED** that, by **October 10, 2018**, the parties shall file the status letter.

Dated: October 9, 2018
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**