UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|

*This document relates to: Roberta Agyeman, et al. v. Islamic Republic of Iran*
*Case Number: 1:18-cv-05320 (GBD) (SN)*

## **CLERK'S CERTIFICATE OF DEFAULT**

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on June 13, 2018, and Plaintiffs' Complaint and Summons (filed on June 15, 2018) and Plaintiffs' First Notice of Amendment, Second Notice of Amendment, Third Notice of Amendment, Fourth Notice of Amendment (filed on June 26, 2018), and Notice of Suit, were served upon defendant the Islamic Republic of Iran as follows:

As evidenced by Letter dated October 30, 2018 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to Ruby J. Krajick, Clerk of Court, service was effectuated on Defendant Iran on September 26, 2018, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1078-IE. *See* Affidavit of Service, ECF 51.

I further certify that the docket entries indicate that Defendant Iran has not filed an answer or otherwise moved with respect to the Complaint, as amended, herein. The default of the defendant the Islamic Republic of Iran is hereby noted.

docs-100071017.2

Dated: New York, New York

    _____, 20\_\_                             RUBY J. KRAJICK,
                                                        Clerk of Court

                                           By: _____
                                                        Deputy Clerk