USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTA AGYEMAN, et al.,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

    Defendant.

**CERTIFICATE OF MAILING**

Case No.: 18-cv-5320 (GBD) (SN)

    I hereby certify under the penalties of perjury that on the 11th day of September, 2019, I served defendant:

    Islamic Republic of Iran
    c/o Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Iman Khomeini Avenue
    Tehran, Iran
    ATTN: H.E. Mohammad Javad Zarif

    By dispatching via Federal Express, Tracking No. 8148 5856 7433, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the following documents (in English and Farsi):

    1)    Notice of Judgment

    2)    Order of Judgment for Liability, dated June 21, 2019

    3)    Order of Partial Final Judgment for Damages, dated September 6, 2019

    4)    Instructions for Appealing Judgment

    5)    A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28 U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.)

    6)    Affidavit of Translator.

Dated: New York, New York
September 11, 2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Gordana Peter
*Deputy Clerk*