Ex. A-1

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|----|---|---|---|---|---|---|---|---|---|---|
| 1. | Godwin | Orville | Forde | Elaine |  | Cunnea |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 2. | Godwin | Orville | Forde | Dorepha | Evangeline | Forde |  | Parent | $8,500,000.00 | World Trade Center (New York) |
| 3. | Godwin | Orville | Forde | Dorna |  | Forde |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 4. | Godwin | Orville | Forde | Dorolyne |  | Forde |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 5. | Godwin | Orville | Forde | Raymond |  | Forde |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 6. | Godwin | Orville | Forde | Myrna |  | Thomas |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 7. | Wilder | A. | Gomez | Tatiana | R. | Gomez |  | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 8. | Ramzi | A. | Doany | Camille |  | Doany |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 9. | Ramzi | A. | Doany | Ibrahim |  | Doany |  | Sibling | $4,250,000.00 | World Trade Center (New York) |

docs-100500990.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 10. | Gricelda | E. | James | Jairo | | Castro | | Child | $8,500,000.00 | World Trade Center (New York) |
| **TOTAL** | | | | | | | | | **$59,250,000.00** | |