Ex. A-7

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Peter | | Gyulavary | Paul | | Gyulavary | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 2. | Gricelda | E. | James | Jacobo | | Castro | | Child | $8,500,000.00 | World Trade Center (New York) |
| 3. | Gricelda | E. | James | Obed | | Garo | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 4. | Kiran | Kumar | Reddy Gopu | Adilakshumma | | Gopu | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 5. | Kiran | Kumar | Reddy Gopu | Venkata | Subba | Reddy Gopu | | Parent | $8,500,000.00 | World Trade Center (New York) |

**TOTAL** $34,000,000.00