**Ex. A-11**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Manuel | E. | Mejia | Dolores | | Lara | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 2. | Manuel | E. | Mejia | Jacqueline | | Mejia Peguero | | Child | $8,500,000.00 | World Trade Center (New York) |
| 3. | Manuel | E. | Mejia | Manuel | E. | Mejia Peguero | | Child | $8,500,000.00 | World Trade Center (New York) |
| 4. | Leobardo | L. | Pascual | Mirna | Huerta | Aguirre | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 5. | Leobardo | L. | Pascual | Carmen | Yosef | Lopez | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 6. | Leobardo | L. | Pascual | Cristobal | | Lopez | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 7. | Leobardo | L. | Pascual | Lizeth | | Lopez Huerta | | Child | $8,500,000.00 | World Trade Center (New York) |
| 8. | Leobardo | L. | Pascual | Mariela | | Lopez Huerta | | Child | $8,500,000.00 | World Trade Center (New York) |
| 9. | Leobardo | L. | Pascual | Ana | Luisa | Lopez Pascual | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 10 | Leobardo | L. | Pascual | Elena | De La Cruz | Lopez Pascual | | Sibling | $4,250,000.00 | World Trade Center (New York) |

docs-100501057.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Leobardo | L. | Pascual | Flor | | Lopez Pascual | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 12 | Leobardo | L. | Pascual | Janet | | Lopez Pascual | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 13 | Leobardo | L. | Pascual | Manuela | | Lopez Pascual | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 14 | Leobardo | L. | Pascual | Maria | Elvia | Lopez Pascual | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 15 | Leobardo | L. | Pascual | Rafael | | Lopez Pascual | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 16 | Leobardo | L. | Pascual | Raquel | | Lopez Pascual | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 17 | Leobardo | L. | Pascual | Diego | | Lopez Reyes | | Child | $8,500,000.00 | World Trade Center (New York) |
| 18 | Leobardo | L. | Pascual | Juan | | Lopez Reyes | | Child | $8,500,000.00 | World Trade Center (New York) |
| 19 | Leobardo | L. | Pascual | Ana | | Pascual Ortiz | | Parent | $8,500,000.00 | World Trade Center (New York) |

**TOTAL** **$123,000,000.00**

docs-100501057.1