**Ex. A-17**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN))

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rajesh |  | Khandelwal | Shewta |  | Khandelwal |  | Spouse | $12,500,000.00 | World Trade Center (New York) |

| TOTAL | | | | | | | | | $12,500,000.00 | |

docs-100628172.1