**Ex. B-3**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|-----------------|
| 1. | Mohammed            |                      | Shajahan           |             | $3,016,757.00          | $2,000,000.00              | $5,016,757.00       | World Trade Center (New York) |
| 2. | Harshad             | S.                   | Thatte             |             | $4,151,054.00          | $2,000,000.00              | $6,151,054.00       | World Trade Center (New York) |
| 3. | Vanavah             |                      | Thompson           |             | $1,506,866.00          | $2,000,000.00              | $3,506,866.00       | World Trade Center (New York) |

**TOTALS**      $8,674,677.00      $6,000,000.00      **$14,674,677.00**