**Ex. B-8**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Manuel | | De Jesus Molina | | $3,513,253.00 | $2,000,000.00 | $5,513,253.00 | World Trade Center (New York) |
| 2. | Gavkharoy | | Kamardinova | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| 3. | Antonio | | Melendez | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |

| **TOTALS** | | | | | $3,513,253.00 | $6,000,000.00 | **$9,513,253.00** | |