**Ex. B-16**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Juan | Pablo Alvarez | Cisneros[1] |  |  | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| 2. | Stephen |  | Joseph |  |  | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| 3. | Rajesh |  | Khandelwal |  |  | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| 4. | Stuart (Soo-Jin) |  | Lee |  |  | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| **TOTALS** |  |  |  |  |  | $8,000,000.00 | $8,000,000.00 |  |

---

[1] New York common law applies since the 9/11 decedents died in New York.  The causes of action relied upon for damages are wrongful death and survival.