## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Agyeman* and *O'Neill* Plaintiffs' motion is granted, and the individuals included in Exhibit A are to be substituted into the *Agyeman* and *O'Neill* cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9846.

Dated: New York, New York
_____, 202\_

                                                    SO ORDERED:

                                                    GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE

docs-100409740.1

## EXHIBIT A to Motion to Substitute Party

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Joanne Cherry as the Personal Representative of the Estate of Vernon P. Cherry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry | No. 1:04-cv-01076 (GBD)(SN); No. 1:18-cv-05320 (GBD)(SN) | Selena Cherry-Daniel as the Personal Representative of the Estate of Vernon P. Cherry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry | VA | Vernon P. Cherry |

docs-100409740.1