| Personal Representative | | | | 9/11 Decedent | | | | | | 9/11 Site | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| Jeannette | | Ramos | | Anthony | | Alvarado | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 11 | N/A | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $1,353,594.00 | N/A | |
| Laurien | Paula | Mayer-Beug | | Carolyn | | Beug | | US | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 3 | MDL ECF Nos. 9288, 9303 (granting 9288) | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $2,672,491.00 | N/A | |
| Selena | | Cherry-Daniel | | Vernon | P. | Cherry | | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 12 | MDL ECF Nos. 5526, 5629 (granting 5526); 9846 (pending) | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1. | 6/1/24 | N/A | $2,355,974.00 | N/A | |
| Kelly | Weightman | Diaz-Piedra | | Michael | | Diaz-Piedra | | US | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 2 | N/A | N/A | N/A | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $3,321,544.00 | N/A | |
| Brenda | | Fallon | | William | | Fallon | | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 2 | N/A | N/A | N/A | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $1,702,201.00 | N/A | |
| Jessica | | Geier | | Paul | Hamilton | Geier | | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 3 | N/A | N/A | N/A | N/A | See Exhibit C-3d to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $5,668,581.00 | N/A | |
| Susan | | Hermer | | Harvey | | Hermer | | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 5 | N/A | N/A | N/A | N/A | See Exhibit C-3d to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $434,814.00 | N/A | |
| Amy; Peter | | Mulderry; Mulderry | | Stephen | | Mulderry | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 11 | 9838 at 3 | N/A | N/A | N/A | See Exhibit C-3e to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $7,093,495.00 | N/A | |