# EXHIBIT B

| # | Personal Representative | | | | 9/11 Decedent | | | | Nationality on 9/11 | Date of Death | 9/11 Site | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | | | | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | Jeba | | Ahmed | | Shabbir | | Ahmed | | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 8 | 4765-1 at 2; 4989 (granting 4765) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $886,536.00 | N/A | |
| 2 | Alexander | | Centro | | Alexander | Anthony | Centro | Jr. | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 2 | | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 24. | 7/1/24 | N/A | $1,824,647.00 | N/A | |
| 3 | RoseEllen | | Dowdell | | Kevin | Christopher | Dowdell | | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 3 | | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 47. | 7/1/24 | N/A | $3,594,094.00 | N/A | |
| 4 | Amy | | Eberling | | Dean | Phillip | Eberling | | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 4 | | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 65. | 7/1/24 | N/A | $10,308,736.00 | N/A | |
| 5 | Jennifer | | Artola | | Francis | Jude | Feely | | US | 9/11/2001 | NY | 18cv05306 | 18cv05306, 6 at 9 | 9439 at 5; 9443 (granting 9439) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 87. | 7/1/24 | N/A | $4,066,496.00 | N/A | |
| 6 | Janet | | Gambino | | Thomas | | Gambino | Jr. | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 5-6 | | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 111. | 7/1/24 | N/A | $2,867,202.00 | N/A | |
| 7 | Jamielah | | Persol | | DaJuan | | Hodges | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 1 | 7406 at 3; 7430 (granting 7406) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 129. | 7/1/24 | N/A | $703,098.00 | N/A | |
| 8 | Kevin | | Casey | | Kathleen | Anne | Hunt-Casey | | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 1 | | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 152. | 7/1/24 | N/A | $2,951,323.00 | N/A | |
| 9 | Philomena | Ann | Karczewski | | Charles | Henry | Karczewski | | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 2 | | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 176. | 7/1/24 | N/A | $3,765,879.00 | N/A | There's a pending motion to correct at MDL ECF No. 10122, which addresses the plaintiff's name change. |
| 10 | JoAnn | | Langone | | Thomas | | Langone | | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 3 | | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 199. | 7/1/24 | N/A | $4,560,096.00 | N/A | |
| 11 | Mary | Ann | Ledee | | Kenneth | Charles | Ledee | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 3-4 | 7406 at 3-4; 7430 (granting 7406) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 8/1/24 | N/A | $2,479,719.00 | N/A | |
| 12 | Lisa | | Luckett | | Edward | Hobbs | Luckett | | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 4 | | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $6,746,406.00 | N/A | |
| 13 | Patrice | A. | Regan | | Nicholas | George | Massa | | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 3 | | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 48. | 7/1/24 | N/A | $4,120,226.00 | N/A | |
| 14 | Noah | R. | McCloskey | | Katie | M. | McCloskey | | US | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 18 | 9288 at 9; 9303 (granting 9288) | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 71. | 8/1/24 | N/A | $1,461,746.00 | N/A | |
| 15 | Elizabeth | | Rivas | | Moises | Norberto | Rivas | | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 5 | | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 94. | 7/1/24 | N/A | $2,098,379.00 | N/A | |
| 16 | Toolsiedai a/k/a Ruby | | Seepersaud a/k/a Awan | | Roshan | Ramesh | Singh | | US | 9/11/2001 | NY | 20cv10460 | 20cv10460, 1 at 6 | | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 118. | 7/1/24 | N/A | $2,214,101.00 | N/A | |
| 17 | Tara | | Strobert-Nolan | | Steven | Frank | Strobert | | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 7 | | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 133. | 7/1/24 | N/A | $5,587,611.00 | N/A | |
| 18 | Kathleen | | Thompson | | Brian | T. | Thompson | | US | 9/11/2001 | NY | 18cv05331 | 18cv05331, 5 at 9 | | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 156. | 7/1/24 | N/A | $3,217,849.00 | N/A | |
| 19 | Alda | | Walcott | | Courtney | Wainsworth | Walcott | | US | 9/11/2001 | NY | 20cv10902 | 20cv10902, 1 at 7 | | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 179. | 7/1/24 | N/A | $2,478,577.00 | N/A | |
| 20 | Joan | | York | | Raymond | Robert | York | | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 8 | | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 202. | 7/1/24 | N/A | $3,790,469.00 | N/A | |