UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O'Neill et al.

V.

Republic of the Sudan et al

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/19

**CERTIFICATE OF MAILING**

Case No.: ___18-cv-12114___ ( GBD)(SN)

I hereby certify under the penalties of perjury that on the ___26___ day of _June_, 2019__,
I served:_____ Minister of Foreign Affairs, Ministry of Foreign Affairs at P.O BOX 873,
Gamma Street, Khartoum, Sudan _____

_____

☐　　the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐　　the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒　　the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐　　the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

___2___ copy(ies) of the _____ Summons, Complaint deemed filed on December 21,2019, Civil
Cover Sheet, Notice of Suit, Affidavit of translator(along with translations of the above documents)

_____

by ____ Fedex Tracking # 8025 2576 2904 _____.

Dated: New York, New York
06/26/2019 _____

RUBY J. KRAJICK
CLERK OF COURT

_____

Shanee Mcleod
DEPUTY CLERK

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx**
Express **US Airbill**

**NEW Package**

FedEx Tracking Number: 8025 2576 2904

**1 From** *Please print and press hard.*

Date 6.24.19    Sender's FedEx Account Number 6283-5404-9

Sender's Name Ruby J. Krajick Clerk of Court    Phone ( )

Company Southern District of New York

Address 500 Pearl Street    Dept/Floor/Suite/Room

City New York    State NY    ZIP 10007

**2 Your Internal Billing Reference** 101147-JP001
*First 24 characters will appear on invoice.*

**3 To**
Recipient's Name Secy of State, Attn.: Director of Consular Ser.    Phone ( )

Company Office of Policy Review & Inter-Agency (CA/OSC/PRI)

Address SA-29, 4th Floor
2201 C Street NW
U.S. Dept. of State
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*
Dept/Floor/Suite/Room

Address
*Use this line for the HOLD location address or for continuation of your shipping address.*

City Washington DC    State DC    ZIP 20520

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

**4 Express Package Service** *To most locations.*
□ FedEx First Overnight
□ FedEx Priority Overnight
□ FedEx Standard Overnight

**5 Packaging**
□ FedEx Envelope*    □ FedEx Pak*    □ FedEx Box    □ FedEx Tube    □ Other

**6 Special Handling and Delivery Signature Options**
□ SATURDAY Delivery
Does this shipment contain dangerous goods?
□ No    □ Yes    □ Yes    □ Cargo Aircraft Only

**7 Payment** *Bill to:*
□ Sender    □ Recipient    □ Third Party    □ Credit Card    □ Cash/Check

Total Packages    Total Weight    Total Declared Value